CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

SARAH E. GRISWOLD (CABN 240326)
Assistant United States Attorney

    60 South Market Street, Suite 1200
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5081
    sarah.griswold@usdoj.gov

Attorneys for United States of America

**FILED**

Jul 09 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.: **CR 26-70940-MAG** |
| Plaintiff, | |
| v. | MOTION TO SEAL DOCUMENTS |
| ZIHENG "TONY" FANG, | **UNDER SEAL** |
| Defendant. | |

      The United States, by and through its counsel, Assistant United States Attorney Sarah E. Griswold, moves this Court for an order sealing the government's application for a sealing order, the sealing order, the arrest warrant, the complaint, and all attachments in the above-referenced case. Disclosure of the specified documents might jeopardize the defendant's arrest.

      Accordingly, the United States requests that the Court seals these documents, except that the Clerk of Court shall provide copies of the sealed documents to employees of the United States Attorney's Office. The United States further requests that the United States Attorney's Office be

U.S.'S MOTION FOR SEALING ORDER        1        v. 2/22/2020

permitted to share these documents as necessary to comply with its discovery obligations, and with the Federal Bureau of Investigation.

DATED:  July 8, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Sarah E. Griswold*
SARAH E. GRISWOLD
Assistant United States Attorney